CLOSED, JURY

# U.S. District Court
## Eastern District of Virginia – (Richmond)
### CIVIL DOCKET FOR CASE #: 3:08−cv−00327−DWD

Rivera v. Bank of America, N.A.  
Assigned to: Magistrate Judge Dennis W. Dohnal  
Cause: 15:1681 Fair Credit Reporting Act

Date Filed: 05/28/2008  
Date Terminated: 10/05/2009  
Jury Demand: Plaintiff  
Nature of Suit: 480 Consumer Credit  
Jurisdiction: Federal Question

**Plaintiff**

**Victor Rivera**     represented by     **Leonard Anthony Bennett**  
Consumer Litigation Assoc PC  
12515 Warwick Blvd  
Suite 100  
Newport News, VA 23606  
757−930−3660  
Fax: 757−930−3662  
Email: lenbennett@cox.net  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Matthew James Erausquin**  
Consumer Litigation Associates PC  
1800 Diagonal Road  
Suite 600  
Alexandria, VA 22314  
703−273−6080  
Fax: 888−892−3512  
Email: matt@clalegal.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Ian Bryce Lyngklip**  
Lyngklip &Taub Consumer Law Group PLC  
24500 Northwestern Hwy  
Suite 206  
Southfield, MI 48075  
**NA**  
(248) 746−3790  
Fax: (248) 746−3793  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**Jason Meyer Krumbein**  
Krumbein Consumer Legal Services Inc.  
1650 Willow Lawn Dr Suite 300  
Richmond, VA 23230  
804−673−4358  
Fax: 804−673−4350  
Email: KrumbeinLaw@gmail.com  
*ATTORNEY TO BE NOTICED*

                                         **Roy Grant Decker, Jr.**
Miles &Stockbridge PC (McLean)
1751 Pinnacle Dr
Suite 500
McLean, VA 22102–3833
(703) 903–9000
Email: gdecker@milesstockbridge.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bank of America, N.A.**            represented by   **James Douglas Cuthbertson**
Miles &Stockbridge
1751 Pinnacle Dr
Suite 500
McLean, VA 22102–3833
(703) 610–8664
Email: jcuthbertson@milesstockbridge.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew James Erausquin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Roy Grant Decker, Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/28/2008 | Ï 1 | COMPLAINT against Bank of America, N.A. (Filing fee $350.00 receipt number 300005118) filed by Victor Rivera. (Attachments: # 1 Civil Cover Sheet, # 2 Receipt)(lsal) (Entered: 05/28/2008) |
| 05/28/2008 | Ï 2 | Summons Issued as to Bank of America, N.A. and returned by Fed–Ex Express to counsel of record; (lsal) (Entered: 05/28/2008) |
| 06/13/2008 | Ï 3 | SUMMONS Returned Executed: Bank of America, N.A. served on 6/5/2008, answer due 6/25/2008. (lsal) (Entered: 06/13/2008) |
| 06/24/2008 | Ï 4 | NOTICE of Appearance by James Douglas Cuthbertson on behalf of Bank of America, N.A. (Cuthbertson, James) (Entered: 06/24/2008) |
| 06/24/2008 | Ï 5 | Consent MOTION for Extension of Time to File Response/Reply by Bank of America, N.A.. (Attachments: # 1 Proposed Order)(Cuthbertson, James) (Entered: 06/24/2008) |
| 06/24/2008 | Ï 6 | Financial Interest Disclosure Statement (Local Rule 7.1) by Bank of America, N.A.. (Cuthbertson, James) (Entered: 06/24/2008) |
| 06/26/2008 | Ï | So Ordered 5 CONSENT MOTION for Extension of Time to File Response to complaint; ORDERED that time defendant BAnk of America NA may file its responsive pleadings to complaint is EXTENDED to and includes July 9, 2008; Signed by District Judge James R. Spencer on 6/26/08. (lsal) (Entered: |

| | | |
|---|---|---|
| | | 06/26/2008 |
| 07/09/2008 | Ï 7 | ANSWER to 1 Complaint by Bank of America, N.A..(Cuthbertson, James) (Entered: 07/09/2008) |
| 07/11/2008 | Ï 8 | NOTICE of Pretrial Conf. (khan, ) (Entered: 07/11/2008) |
| 07/11/2008 | Ï | Set Deadlines/Hearings Initial Pretrial Conference set for 7/31/2008 at 09:35 AM before District Judge James R. Spencer. (khan, ) (Entered: 07/11/2008) |
| 07/30/2008 | Ï 9 | NOTICE of Appearance by Jason Meyer Krumbein on behalf of Victor Rivera (Krumbein, Jason) (Entered: 07/30/2008) |
| 08/01/2008 | Ï 10 | NOTICE to Counsel as required by Rule 26(f) of the FRCP; parties are therefore deemed to have chosen to proceed in this case without the initial disclosures specified in Rule 26(f); (lsal) (Entered: 08/01/2008) |
| 08/01/2008 | Ï | Case Reassigned to Magistrate Judge Dennis W. Dohnal. District Judge James R. Spencer no longer assigned to the case. (lsal) (Entered: 08/01/2008) |
| 08/01/2008 | Ï 11 | ORDER REASSIGNING CASE to United States Magistrate Judge Dennis Dohnal for all purposes; Signed by District Judge James R. Spencer on 8/1/08. (lsal) (Entered: 08/01/2008) |
| 08/01/2008 | Ï 12 | MOTION for Leave to File *First Amended Complaint* by Victor Rivera. (Erausquin, Matthew) (Entered: 08/01/2008) |
| 08/01/2008 | Ï 13 | Memorandum in Support re 12 MOTION for Leave to File *First Amended Complaint* filed by Victor Rivera. (Attachments: # 1 Exhibit A – Proposed Amended Complaint)(Erausquin, Matthew) (Entered: 08/01/2008) |
| 08/12/2008 | Ï 14 | Consent MOTION for Extension of Time to File Response/Reply as to 12 MOTION for Leave to File *First Amended Complaint* by Bank of America, N.A.. (Attachments: # 1 Proposed Order)(Cuthbertson, James) (Entered: 08/12/2008) |
| 08/19/2008 | Ï 15 | CONSENT ORDER that Defendant Bank of America will file its response to Plaintiff's Motion to Amend on or before August 26, 2008. Signed by District Judge James R. Spencer on 8/18/08. (kyou, ) (Entered: 08/19/2008) |
| 08/20/2008 | Ï 16 | ORDER granting 14 Motion for Extension of Time to File Response; ORDERED defendant Bank of America will file its response to plaintiff's Motion to amend on or before August 26, 2008; Clerk Send copies to all counsel of record; Signed by Magistrate Judge Dennis W. Dohnal on 8/20/08. (lsal) (Entered: 08/20/2008) |
| 08/25/2008 | Ï | Set/Reset Hearings: Final Pretrial Conference set for 10/24/2008 at 02:00 PM before Magistrate Judge Dennis W. Dohnal. Jury Trial set for 11/6/2008 at 09:30 AM before Magistrate Judge Dennis W. Dohnal. (dtho, ) (Entered: 08/25/2008) |
| 09/02/2008 | Ï 17 | CONSENT ORDER granting 12 Motion to Amend the complaint; plaintiff's First Amended Complaint is FILED filed as of the date of this Order; further ORDRED that defendant Bank of America NA shall have twenty days from date of this Order to file its responsive pleadings to the First Amended Complaint; Signed by Magistrate Judge Dennis W. Dohnal on 9/2/08. (lsal) (Entered: 09/02/2008) |
| 09/02/2008 | Ï 18 | FIRST AMENDED COMPLAINT against Bank of America, N.A.filed by Victor Rivera.(lsal) (Entered: 09/02/2008) |

| | | |
|---|---|---|
| 09/19/2008 | Ï 19 | STIPULATION re 18 Amended Complaint by Victor Rivera, Bank of America, N.A.. (Cuthbertson, James) (Entered: 09/19/2008) |
| 09/22/2008 | Ï 20 | MOTION to Dismiss *Under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6)* by Bank of America, N.A.. (Attachments: # 1 Exhibit [Proposed] Order)(Cuthbertson, James) (Entered: 09/22/2008) |
| 09/22/2008 | Ï 21 | Memorandum in Support re 20 MOTION to Dismiss *Under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6)* filed by Bank of America, N.A.. (Cuthbertson, James) (Entered: 09/22/2008) |
| 09/23/2008 | Ï 22 | Proposed Joint Scheduling and Discovery Plan by Victor Rivera, Bank of America, N.A. (lsal) (Entered: 09/23/2008) |
| 10/06/2008 | Ï 23 | MOTION for Extension of Time to File Response/Reply *to Bank of America's Motion to Dismiss* by Victor Rivera. (Erausquin, Matthew) (Entered: 10/06/2008) |
| 10/07/2008 | Ï 24 | Memorandum in Opposition re 20 MOTION to Dismiss *Under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6)* filed by Victor Rivera. (Erausquin, Matthew) (Entered: 10/07/2008) |
| 10/07/2008 | Ï 25 | ORDER granting 23 Motion for Extension of Time to File Response; Plaintiff is ORDERED to file his Memorandum in Opposition on or before October 7, 2008. Signed by Magistrate Judge Dennis W. Dohnal on 10/07/2008. Copies to counsel. (cmcc, ) (Entered: 10/08/2008) |
| 10/14/2008 | Ï 26 | REPLY to Response to Motion re 20 MOTION to Dismiss *Under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6)* filed by Bank of America, N.A.. (Decker, Roy) (Entered: 10/14/2008) |
| 10/14/2008 | Ï 27 | Notice of Hearing Date set for 10/28/2008 re 20 MOTION to Dismiss *Under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6)* (Cuthbertson, James) (Entered: 10/14/2008) |
| 10/15/2008 | Ï 28 | ORDER that trial proceedings are SUSPENDED until further Order of the Court. Signed by Magistrate Judge Dennis W. Dohnal on 10/15/08. (lsal) (Entered: 10/15/2008) |
| 10/15/2008 | Ï | So Ordered 22 Proposed Joint Scheduling and Discovery Plan filed by Victor Rivera, Bank of America, N.A. Signed by Magistrate Judge Dennis W. Dohnal on 10/15/08. (lsal) (Entered: 10/15/2008) |
| 11/12/2008 | Ï 29 | ORDER that defendant shall submit same as a Court exhibit in support of its Motion to Dismiss w/in 10 business days of this date; Clerk send copy of this Order to all counsel of record; Signed by Magistrate Judge Dennis W. Dohnal on 11/12/08. (lsal) (Entered: 11/12/2008) |
| 11/20/2008 | Ï 30 | Joint MOTION for Extension *of Time* by Victor Rivera, Bank of America, N.A.. (Attachments: # 1 Proposed Order)(Decker, Roy) (Entered: 11/20/2008) |
| 11/20/2008 | Ï 31 | ORDER granting 30 Joint Motion for Extension of Time to submit filings and responses, Bank of America, N.A. shall file its submission pursuant to the Court's November 12, 2008 on or before December 5, 2008, Plaintiff shall file its response to Defendant's submission, if any, on or before December 15, 2008; and The Bank shall file its reply, if any, thereto on or before December 22, 2008. Signed by Magistrate Judge Dennis W. Dohnal on 11/20/08.(kyou, ) (Entered: 11/20/2008) |

| | | |
|---|---|---|
| 11/25/2008 | Ï 32 | ORDER on Joint Motion of parties for an extension of time for defendant Bank of America to file its submission in accordance with Court's Order entered November 12, 2008 and to modify the Order, it appearing to Court that the Motion should be granted and hereby ORDERED that Bank shall file its Submission on or before December 5, 2008; plaintiff shall file its response to Submission if any on or before December 15, 2008; Bank shall file its reply if any thereto on or before December 22, 2008; Signed by Magistrate Judge Dennis W. Dohnal on 11/25/08. (lsal, ) (Entered: 11/25/2008) |
| 12/05/2008 | Ï 33 | REPLY to Response to Motion re 20 MOTION to Dismiss *Under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6)* filed by Bank of America, N.A.. (Attachments: # 1 Affidavit Declaration of Joel Pou, # 2 Affidavit Declaration of Marty Smith, # 3 Affidavit Declaration of Susan Engel)(Decker, Roy) (Entered: 12/05/2008) |
| 02/17/2009 | Ï 34 | STIPULATED CONSENT ORDER (See Order for details and deadlines). Signed by Magistrate Judge Dennis W. Dohnal on 2/17/09. (lsal) (Entered: 02/17/2009) |
| 03/06/2009 | Ï 35 | MOTION to Dismiss *(Motion for an Order Granting Defendant Bank of America, N.A.'s Motion to Dismiss)* by Bank of America, N.A.. (Decker, Roy) (Entered: 03/06/2009) |
| 03/06/2009 | Ï 36 | Memorandum in Support re 35 MOTION to Dismiss *(Motion for an Order Granting Defendant Bank of America, N.A.'s Motion to Dismiss)* filed by Bank of America, N.A.. (Attachments: # 1 Exhibit, # Exhibit)(Decker, Roy) (Entered: 03/06/2009) |
| 03/11/2009 | Ï 37 | MOTION for Protective Order by Victor Rivera. (Attachments: # 1 Proposed Order)(Erausquin, Matthew) (Entered: 03/11/2009) |
| 03/11/2009 | Ï | Notice of Correction re 36 Memorandum in Support. (Exhibit 2 has been deleted; Counsel will file a redacted version) (kyou, ) (Entered: 03/11/2009) |
| 03/12/2009 | Ï 38 | NOTICE by Bank of America, N.A. re 36 Memorandum in Support *(Exhibit 2 Redacted)* (Decker, Roy) (Entered: 03/12/2009) |
| 03/13/2009 | Ï 39 | MOTION for Protective Order by Bank of America, N.A.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Decker, Roy) (Entered: 03/13/2009) |
| 03/13/2009 | Ï 40 | CORRECTED MOTION for Protective Order by Bank of America, N.A.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Decker, Roy) Modified on 3/13/2009 by Clerk's Office(kyou, ). (Entered: 03/13/2009) |
| 04/02/2009 | Ï 41 | RESPONSE in Opposition re 35 MOTION to Dismiss *(Motion for an Order Granting Defendant Bank of America, N.A.'s Motion to Dismiss)* filed by Victor Rivera. (Attachments: # 1 Exhibit A – Supplemental Declaration of Victor Rivera)(Erausquin, Matthew) (Entered: 04/02/2009) |
| 04/02/2009 | Ï 42 | Declaration re 41 Response in Opposition to Motion, *Corrected Supplemental Declaration of Victor Rivera* by Victor Rivera. (Erausquin, Matthew) (Entered: 04/02/2009) |
| 04/03/2009 | Ï 43 | NOTICE of Appearance by Leonard Anthony Bennett on behalf of Victor Rivera (Bennett, Leonard) (Entered: 04/03/2009) |
| 04/16/2009 | Ï 44 | ORDER re Defendant's 20 35 Motions to Dismiss; a Renewed Scheduling Order provided (see order for details). Signed by Magistrate Judge Dennis W. Dohnal on 4/16/2009. (lhin, ) (Entered: 04/16/2009) |

| | | |
|---|---|---|
| 04/16/2009 | Ï 45 | ORDER DENYING Plaintiff's 37 Motion for Protective Order; and DENYING Defendant's 40 Motion for Protective Order. PROTECTIVE ORDER being implemented (see order for details). Signed by Magistrate Judge Dennis W. Dohnal on 4/16/2009. (lhin, ) (Entered: 04/16/2009) |
| 05/27/2009 | Ï 46 | STIPULATION for Extension of Time to Serve Discovery Objections filed by Victor Rivera, Bank of America, N.A. (lsal) (Entered: 05/27/2009) |
| 05/27/2009 | Ï 47 | ORDER GRANTING 46 Stipulation for Extension of Time to Serve Discovery Materials (See Order for deadlines); Signed by Magistrate Judge Dennis W. Dohnal on 5/27/09. (lsal) (Entered: 05/27/2009) |
| 05/29/2009 | Ï 48 | MOTION to Dismiss *Complaint, in Part* by Victor Rivera. (Erausquin, Matthew) (Entered: 05/29/2009) |
| 05/29/2009 | Ï 49 | Memorandum in Support re 48 MOTION to Dismiss *Complaint, in Part* filed by Victor Rivera. (Erausquin, Matthew) (Entered: 05/29/2009) |
| 06/14/2009 | Ï 50 | MOTION for Extension *of Time as to Defendant's Response to Plaintiff's Motion to Partially Dismiss His Complaint* by Victor Rivera. (Erausquin, Matthew) (Entered: 06/14/2009) |
| 06/16/2009 | Ï 51 | ORDER granting 50 Motion for Extension of Time to Respond to Plaintiff's Partial Motion to Dismiss; Signed by Magistrate Judge Dennis W. Dohnal on 6/16/09. (lsal) (Entered: 06/16/2009) |
| 06/25/2009 | Ï 52 | JOINT Stipulation (Motion) for Extension of Time Regarding Discovery by Victor Rivera and Bank of America, N.A.. (Attachment: # 1 Letter from Counsel). (walk, ) (Entered: 06/25/2009) |
| 06/29/2009 | Ï 53 | ORDER the period for completion of limited discovery pursuant to the May 27 Order is EXTENDED to August 11, 2009; plaintiff shall serve objections upon Bank of America by July 9, 2009 and Bank of America shall serve objections upon plaintiff by July 15, 2009; plaintiff shall serve responses upon Bank of America by July 24, 2009 and Bank of America shall serve responses by July 30, 2009; Signed by Magistrate Judge Dennis W. Dohnal on 6/29/09. (lsal) (Entered: 06/29/2009) |
| 09/16/2009 | Ï 54 | MOTION for Ian Bryce Lyngklip to appear Pro hac vice by Victor Rivera. Fee Paid. (Attachment: (1) Receipt)(cgar) (Entered: 09/16/2009) |
| 09/18/2009 | Ï 55 | So Ordered 54 MOTION for Attorney Ian Bryce Lyngklop to appear Pro hac vice filed by Victor Rivera; Signed by Magistrate Judge Dennis W. Dohnal on 9/17/09 (lsal) (Entered: 09/18/2009) |
| 10/01/2009 | Ï 56 | STIPULATION *for Transfer to the Western District of Virginia* by Victor Rivera, Bank of America, N.A.. (Attachments: # 1 Proposed Order)(Erausquin, Matthew) (Entered: 10/01/2009) |
| 10/02/2009 | Ï 57 | ORDER GRANTING 56 Stipulation to Transfer this Action to the United States District Court for the Western District of Virginia (Harrisonburg Division); ORDERED this action be and hereby is TRANSFERRED to the United States District Court for the Western District of Virginia (Harrisonburg Division) to effectuate the global settlement. Signed by Magistrate Judge Dennis W. Dohnal on 10/2/09 (lsal) (Entered: 10/02/2009) |
| 10/05/2009 | Ï | Case transferred to Western District of Virginia (Harrisonburg Division). (lsal) (Entered: 10/05/2009) |