IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
(Harrisonburg Division)

| | |
|---|---|
| THOMAS D. DOMONOSKE, individually and on behalf of all those similarly situated,<br><br>      Plaintiff,<br><br>      v.<br><br>BANK OF AMERICA, N.A., a national banking association,<br><br>      Defendant. | Civil Action No.  5:08-cv-00066 |
| VICTOR RIVERA, individually and on behalf of all those similarly situated,<br><br>      Plaintiff,<br><br>      v.<br><br>BANK OF AMERICA, N.A., a national banking association,<br><br>      Defendant. | Civil Action No.  5:09-cv-00080 |

## STIPULATION FOR CONSOLIDATION OF ACTIONS

Thomas D. Domonoske, plaintiff in the above captioned civil action No. 5:08-cv-00066 ("*Domonoske* Action"), Victor Rivera, plaintiff in the above captioned civil action No. 5:09-cv-00080 ("*Rivera* Action"), and Bank of America, N.A., ("Bank"), defendant in both actions (collectively, "the parties"), by their respective counsel, respectfully submit this stipulation for the consolidation of actions in accordance with Federal Rules of Civil Procedure Rule 42(a), and in support thereof, state as follows:

1.      Both the *Domonoske* Action and the *Rivera* Action, are putative class actions, in which plaintiffs allege that the Bank violated 15 U.S.C. § 1681g(g) of the Fair Credit Reporting

Act (FCRA), which requires mortgage lenders to provide a prescribed notice and credit score disclosure to certain loan applicants "as soon as reasonably practicable" after the lender's use of the credit score.

2.      The parties have entered into a global settlement agreement resolving the claims in both Actions, pending approval by the Court.  The settlement agreement has been filed in the *Domonoske* Action as part of the Motion for Preliminary Approval of Class Settlement filed September 30, 2009 by plaintiff in the *Domonoske* Action.  If the settlement is approved, the same attorneys will be acting as Class Counsel with respect to both Actions.

3.      The *Rivera* Action, originally filed in the Eastern District of Virginia (Richmond Division), was transferred to this Court by Order entered October 2, 2009, in order to effectuate the global settlement.

4.      Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, the Court may consolidate actions pending before it if those actions involve "a common question of law or fact."  The Court has broad discretion under Rule 42(a) to order consolidation of cases pending in the same district.  *See A/S J. Ludwig Mowinckles Rederi v. Tidewater Constr. Corp.*, 559 F.2d 928, 933 (4th Cir.1977).  Moreover, judicial economy generally favors consolidation. *Switzenbaum v. Orbital Scis. Corp.*, 187 F.R.D. 246, 248 (E.D.Va .1999).

5.      In the instant actions, judicial economy favors consolidation.  The presentation of the settlement and, if approved, its administration, will be much simpler and efficient for the Court and parties if presented and administered in one action, instead of having to be submitted and administered in both.

6.     For all these reasons, the parties stipulate to and jointly move the Court to consolidate the *Domonoske* Action and the *Rivera* Action for the purpose of effectuating the global settlement.

IT IS SO STIPULATED.

Dated:  October 6, 2009                                 CUPP & CUPP, P.C.

                                                       By:__/s/ Timothy E. Cupp_____
                                                           Timothy E. Cupp
                                                           Virginia Bar Number: 23017
                                                           CUPP & CUPP, P.C.
                                                           P.O. BOX 589
                                                           HARRISONBURG, VA 22801
                                                           Telephone: (540) 432-9988
                                                           Fax: (540) 432-9557
                                                           Email: cupplaw@comcast.net

                                                           Matthew James Erausquin
                                                           Virginia State Bar No. 65434
                                                           Leonard A. Bennett
                                                           Virginia State Bar No. 37523
                                                           Attorneys for Victor Rivera
                                                           CONSUMER LITIGATION
                                                           ASSOCIATES, P.C.
                                                           3615-H Chain Bridge Road
                                                           Fairfax, VA 22030
                                                           Telephone: (703) 273-6080
                                                           Facsimile: (888) 892-3512
                                                           Email: matt@clalegal.com
                                                           Email: lenbennett@clalegal.com

                                                           Ian B. Lyngklip, Esq.
                                                           CONSUMER LAW CENTER, PLC
                                                           24500 Northwestern Hwy, Ste. 206
                                                           Southfield, MI  48075

                                                       Attorneys for Plaintiffs
                                                       Thomas D. Domonoske & Victor Rivera

MILES & STOCKBRIDGE P.C.


By:    /s/ J. Douglas Cuthbertson
       J. Douglas Cuthbertson
       Virginia State Bar No. 41378
       MILES & STOCKBRIDGE P.C.
       1751 Pinnacle Drive, Suite 500
       McLean, VA 22102
       Telephone: (703) 903-9000
       Facsimile: (703) 610-8686
       Email: jcuthber@milesstockbridge.com

       R. Grant Decker
       Virginia State Bar No. 20618
       MILES & STOCKBRIDGE P.C.
       1751 Pinnacle Drive, Suite 500
       McLean, VA 22102
       Telephone: (703) 903-9000
       Facsimile: (703) 610-8686
       Email:  gdecker@milesstockbridge.com

       John A. Trocki III
       Virginia Bar Number: 38656
       MORRISON & FOERSTER LLP
       1650 Tysons Boulevard, Suite 400
       McLean, VA 21102
       Telephone: (703) 760-7112
       Fax: (703) 760-7777
       Email: jtrocki@mofo.com

Attorneys for Defendant
Bank of America, N.A.

**Certificate of Service**

I hereby certify that on October 7, 2009, I served the foregoing STIPULATION FOR

CONSOLIDATION OF ACTIONS with the Clerk of the court using the CM/ECF system which

will send notification of such filing to the following:

Timothy E. Cupp, Esq.
Cupp & Cupp, P.C.
1951 Evelyn Byrd Avenue, Suite D
P.O. Box 589
Harrisonburg, Virginia   22803

Matthew J. Erausquin
Consumer Litigation Associates, P.C.
3615-H Chain Bridge Road
Fairfax, VA  22030

Ian B. Lyngklip, Esq.
24500 Northwestern Highway, Ste. 206
Southfield, MI   48075

Leonard A. Bennett, Esq.
Consumer Litigation Associates, P.C.
12515 Warwick Boulevard, Suite 100
Newport News, Virginia  23606

      /s/ J. Douglas Cuthbertson
J. Douglas Cuthbertson
Virginia State Bar No. 41378
MILES & STOCKBRIDGE P.C.
1751 Pinnacle Drive, Suite 500
McLean, VA 22102
Telephone: (703) 903-9000
Facsimile: (703) 610-8686
Email: jcuthber@milesstockbridge.com