CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 07 2009

JOHN F. CORCORAN, CLERK
BY:
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
(Harrisonburg Division)

| | |
|---|---|
| THOMAS D. DOMONOSKE, individually and on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A., a national banking association,<br><br>Defendant. | Civil Action No. 5:08-cv-00066 |
| VICTOR RIVERA, individually and on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A., a national banking association,<br><br>Defendant. | Civil Action No. 5:09-cv-00080 |

## ORDER

This matter came before the Court upon the stipulation of the parties for the consolidation of the above-captioned actions pursuant to Rule 42(a) of the Federal Rules of Civil Procedure. Upon consideration of the stipulation and the fact that the parties have separately moved this Court for preliminary approval of a global settlement of these actions, it appears to the Court that the requested consolidation for the purpose of effectuating a global settlement would serve the convenience of the parties and is in the interest of justice. Accordingly,

IT IS HEREBY ORDERED;

1. That the above-captioned actions are consolidated ("Consolidated Action") for the purpose of presenting and effectuating the global settlement, pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, and

2. That all future pleadings and other captioned papers in the Consolidated Action shall be filed in Civil Action No. 5:08-cv-00066 alone, and shall contain the following caption:

| THOMAS D. DOMONOSKE, individually and on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A., a national banking association,<br><br>Defendant. | Civil Action No. 5:08-cv-00066 |
|---|---|
| VICTOR RIVERA, individually and on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A., a national banking association,<br><br>Defendant. | Civil Action No. 5:09-cv-00080 |

Entered this 6th day of October, 2009.

_____
The Honorable Michael F. Urbanski
United States Magistrate Judge

2748235

2